IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                         No. 4:17-cr-116-DPM-2

CHRISTOPHER BERNARD BELL                                       DEFENDANT

### ORDER

Bell's § 2255 motion, № 134, is denied without prejudice. Bell's direct appeal is currently pending in the United States Court of Appeals for the Eighth Circuit. № 129 & № 132. Bell may file an amended motion when that Court enters its Judgment and Mandate.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 August 2018