# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2593
_____

United States of America

Plaintiff - Appellee

v.

Christopher Bernard Bell, also known as Boonie

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00116-DPM-2)

**JUDGMENT**

Before GRUENDER, KELLY, and ERICKSON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

August 24, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 24, 2020

Mr. Christopher Bernard Bell
FEDERAL CORRECTIONAL INSTITUTION
31356-009
P.O. Box 3000
Forrest City, AR  72336-0000

      RE:  20-2593  United States v. Christopher Bell

Dear Mr. Bell:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                      Michael E. Gans
                                      Clerk of Court

BNW

Enclosure(s)

cc:    Ms. Allison Waldrip Bragg
        Mr. Jim McCormack
        Mr. Cameron C. McCree
        Ms. Benecia Betton Moore

      District Court/Agency Case Number(s):   4:17-cr-00116-DPM-2

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 20-2593 United States v. Christopher Bell "judgment filed sua sponte affirmed 47A" (4:17-cr-00116-DPM-2) |
| **Date:** | Monday, August 24, 2020 9:15:32 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/24/2020

**Case Name:** United States v. Christopher Bell
**Case Number:** 20-2593
**Document(s):** Document(s)

**Docket Text:**
**JUDGMENT FILED -** This case is summarily affirmed in accordance with Eighth Circuit Rule 47A. RAYMOND W. GRUENDER, JANE KELLY and RALPH R. ERICKSON Adp July 2020 [4948148] [20-2593] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Allison Waldrip Bragg: allison.bragg@usdoj.gov, corey.taylor@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Cameron C. McCree, Assistant U.S. Attorney: cameron.mccree@usdoj.gov, francesca.grant@usdoj.gov, caseview.ecf@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Benecia Betton Moore, Assistant United States Attorney: benecia.moore@usdoj.gov, sonia.dickson@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov

**Notice will be mailed to:**

Mr. Christopher Bernard Bell
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 3000
Forrest City, AR 72336-0000

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_202593_4948148_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/24/2020] [FileNumber=4948148-0]
[431c2f63e712052b694f117adf8dc34186a5c3733ee64cebbb86c3b434287711a67209dd37920c18956383caca16c080ff05b76eaa661734fbabae476ddbb220]]
**Recipients:**

- Mr. Christopher Bernard Bell
- Ms. Allison Waldrip Bragg
- Mr. Jim McCormack, Clerk of Court
- Mr. Cameron C. McCree, Assistant U.S. Attorney
- Ms. Benecia Betton Moore, Assistant United States Attorney

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_202593_4948148_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/24/2020] [FileNumber=4948148-1]
[87dbb023872680c075f112381078299e50fdf81c3e39027527bb97844cee69d8c143e03bc93bf0d519f2a5d1d01f1460515fb664502d5f2b309db0b2f42251a0]]
**Recipients:**

- Mr. Christopher Bernard Bell
- Ms. Allison Waldrip Bragg
- Mr. Jim McCormack, Clerk of Court
- Mr. Cameron C. McCree, Assistant U.S. Attorney
- Ms. Benecia Betton Moore, Assistant United States Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4948148
**RELIEF(S) DOCKETED:**
  affirmed 47A
**DOCKET PART(S) ADDED:** 6597719, 6597720, 6597721